UNITED STATES of America, Plaintiff–Appellee,

v.

Jorge GARCIA–JUAREZ, Defendant–Appellant.

No. 00–30109.

United States Court of Appeals, Ninth Circuit.

Submitted Jan. 8, 2001[1].

Decided Jan. 25, 2001.

Before BEEZER, O'SCANNLAIN, and KLEINFELD, Circuit Judges.

.

MEMORANDUM[2]

Jorge Garcia–Juarez appeals the sentence imposed following his guilty plea to illegal reentry after deportation in violation of 8 U.S.C. § 1326(a). Garcia–Juarez's attorney has filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and has moved to withdraw on the ground that the appeal does not have merit. Garcia–Juarez did not file a pro se supplemental brief. Having conducted an independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 83–84, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), we conclude that there are no arguable appellate issues.

Counsel's motion to withdraw is GRANTED and the district court's judgment is

AFFIRMED.

---

1. The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a); 9th Cir. R. 34–4

2. This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by 9th Cir. R. 36–3.